# United States Bankruptcy Court
## Northern District of Illinois

In re: Edna L. Easter-Wise
Debtor(s)

Case No. 10-46887

*Amended* **ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE**

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

[ ] GRANTED.

This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

[✓] DENIED.

The debtor shall pay the chapter 7 filing fee according to the following terms:

$ 74.75 on or before November 30, 2010

$ 74.75 on or before December 30, 2010

$ 74.75 on or before January 21, 2011

$ 74.75 on or before February 11, 2011

Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

[ ] SCHEDULED FOR HEARING.

A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ AM/PM at _____.
(address of courthouse)

IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

DATE: 22 NOV 2010

BY THE COURT:

United States Bankruptcy Judge

CERTIFICATE OF SERVICE

Case Number:   10-46887
Case Name:     Edna L. Easter-Wise
                         debtor (s)

I, Karen Jacobs, Courtroom Deputy, do hereby certify that on this 22nd day of November, 2010 I caused to be served via first class mail a true and correct copy of:

amended order on debtor's application for waiver of chapter 7 filing fee   dated: November 22, 2010

addressed to each of the following named individuals:

Edna L. Easter-Wise
9534 S. Oakley
Chicago, IL 60643

*Karen Jacobs*
Karen Jacobs
Courtroom Deputy